SUMMONS IN CIVIL ACTION CIRCUIT COURT

**STATE OF TENNESSEE**
**CIRCUIT COURT OF HAMBLEN COUNTY**

Nigel Martin Reid, II )
Plaintiff(s)

**CIVIL ACTION**

VS. )

**NO.** 14CV171

Quality Service Integrity et al )
Defendant(s)

**SUMMONS**

To the above named defendant(s): USDA 420 W Morris Blvd 37813

You are hereby summoned and required to serve upon Nigel Martin Reid, II plaintiff's attorney, whose address is PO Box 2253 Morristown, TN 37816 a true copy of the answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 14th day of October, 20 14 @ 4 o'clock, p m.

TERESA WEST, CIRCUIT COURT CLERK

Samantha Bailey D.C.

(This summons is issued pursuant to Rule 4 of the Tennessee 4 Rules of Civil Procedures.)

## NOTICE

**TO THE DEFENDANT(S):**

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, **unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list.** Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Received this ______ day of ______________, 20_____ ______________________________, Deputy Sheriff

RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the ______ day of ________________, 20_____, I served this summons together with the complaint as follows:______________________________

failed to serve this summons within 30 days after its issuance because ______________________________

______________________________

Sheriff-Deputy Sheriff

NOTICE

(1) The original answer shall be filed with the Clerk of the Court simultaneously with service on plaintiff's attorney.
(2) All original exhibits filed with the answer shall be filed with the Clerk of Court.

GOVERNMENT EXHIBIT

OCT 14 Rec'd

HAMBLEN COUNTY CIRCUIT COURT
510 ALLISON ST
MORRISTOWN, TN 37814

TERESA WEST
CIRCUIT COURT CLERK
HAMBLEN COUNTY
OCT 14 2014
BY

NIGEL MARLIN REID II )

(Enter above the NAME of the plaintiff in this action.)

v.

QUALITY SERVICE INTEGRITY, ALEJANDRO MENDEZ, JOSE DUQUATE, JESUS VARGAS, KOCH FOODS, U.S.D.A.

(Enter above the NAME of each defendant in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

Contact info:
423-492-3195
PO BOX 2253
MORRISTOWN, TN 37816

2. COURT: (If federal court, name the district; if state court, name the county):

______________________________________________

3. DOCKET NUMBER: ______________________________

4. Name of Judge to whom case was assigned: ______________________

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

6. Approximate date of filing lawsuit: ______________________

7. Approximate date of disposition: ______________________

II. PLACE OF PRESENT CONFINEMENT: ______________________

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

1. What steps did you take? ______________________

______________________________________________

2. What was the result? ______________________

______________________________________________

D. If your answer to B is NO, explain why not. ______________________

______________________________________________

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? ______________________

______________________________________________

2. What was the result? ____________________

____________________

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: NIGEL MARLIN REID II

Present address: P.O. BOX 2253 MORRISTOWN, TN 37816

Permanent home address: ____________________

Address of nearest relative: NIGEL MARLIN REID SR. 1709 MEADOWVIEW LANE MORRISTOWN, TN 37814

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: QUALITY SERVICE INTEGRITY

Official position: BUSINESS

Place of employment: CORPORATE OFFICE 407 EAST 5TH STREET CHATTANOOGA, TN 37403

C. Additional defendants: ALEJANDRO MENDEZ, JOSE IDUATE, JESUS VARGAS, KOCH FOODS, U.S.D.A.

____________________

____________________

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

COMES HERE NOW NIGEL MARLIN REID II DO FILES THIS LAWSUITE BECAUES I WAS DISCRIMATED AGAINST BY DEFENDANTS ALEJANDRO MENDEZ JOSE IDUATE, JESUS VARGAS, EACH OF THESE DEFENDANTS STARTED DISCRIMATING AGAINST ME AFTER I TOLD MY SUPPERVISER ALEJANDRO MENDEZ THAT OF THE MEXICAN MALE WORKER DID SEXUALLY HARRASS ME PLEASE BE ADVISED THAT I HAD TOO

GO TO JOSE IDUATE BECAUES ALEJANDRO DIDNT DO ANYTHING TO HELP ONLY TOO REALIZE THAT JOSE IDUATE WOULDNT HELP ME SO I WENT TO JESUS VARGAS BUT HE WOULDN'T HELP ME THEN THEY STARTED PUTTING ME THROUGHT MENTAL ANGUISH PICKING ABOUT MY JOB PERFORMANCE MIND YOU THEY NEVER TRIED TO FIRE ME OR HARRASS ME UNTILL I REPORTED THAT THE WORKER'S THAT ARE ALL MALE'S STARTING SEXUALY HARRASSING ME AFTER I DID A STATEMENT REPORT/DECARACTION BUTTER BALL LLC MOUNT OLIVE OFFICE ALL THE INFORMATIO WAS POST TO BE FAX'S TO Q.S.I. HR (SEE ATTACHMENTS)

THERE ARE A TOTTAL OF 10 PAGE'S TOO MY ATTACHMENTS.

THANK YOU FOR YOUR TIME.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

1. WHERE AS I CAN AND WILL PROVE TO THE JURY THAT WAS DISCRIMATED AGAINST BECAUSE OF MY RACE BLACK, AGE 28 COLOR BROWN, NATRUL ORAGENT TENNESSEE. 2. FUTHERMORE: I PRAY THAT YOUR HONNER WOULD MAKE ALL THESE DEFENDANTS PAY ME THE FULL AMOUNT THAT IM SEEKING. FOR MENTAL ANGUSH-10.000.000.00 TEN MILLION. FOR PAIN & SUFFERING-10.000.000.00 TEN MILLION. FOR LOST OF INCOME-10.000.000.00 TEN MILLION. FOR PUNATIVE-20.000.000.00 TWENTY MILLION

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this Nigel M. Reid II day of 10-14, 20 14.

Nigel M. Reid II
Signature of plaintiff(s)

STATE OF TENNESSEE } ss.
COUNTY OF Hamblen

Personally appeared before me, Sarah E Stapleton a Notary Public of said County and State, Nigel M. Reid 2nd with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that (he/she) executed the within instrument for the purposes therein contained. Witness my hand, at Office, this 14 day of October 2014

My commission Expires: April 28, 2018

Sarah E Stapleton
Notary Public

SARAH E STAPLETON STATE OF TENNESSEE NOTARY PUBLIC HAMBLEN COUNTY



QUALITY•SERVICE•INTEGRITY

**STATEMENT REPORT / DECLARACION**

**Butter Ball LLC,**

**Mount Olive Office**

**Date/Fecha:** 09-23-14 **Time:** 3:40 pM

**Name/Nombre:** NIGEL M. REID II #425

ON THE 11TH DAY OF THE MONTH AFTER STARTING ON THE 9TH IN SEPTEMBER. I STATE WITH MY OWN EYES A FEW OF THE HISPANIC HAVE GOTTEN MY INTENTION AND I SAW THEM WITH MY OWN EYES GRABING & TOUCHING ONE ANOTHER ON THE ASS CHEEKS. AS WELL TALKING IN A SEXUAL DISRESPECT WAY TOWARDS ME NIGEL M. REID II ON MY 3RD DAY OF WORKING WITH YOU GUYS FOR YOUR COMPANY Q.S.I. I STATE THAT I DO NOT NO THESE OTHER GUYS NAMES ~~ALL AT AL OR NAMES~~ AT ALL BUT THEY HAVE VOILATED ONE THE MAIN RULES OF THE POLICES THAT ALL THAT HAPPEN ON THAT DAY ON THE 9TH OF SEPTEMBER 2014.

A NEW THING ACCUR ON THE 10TH OF SEPTEMBER WORKING ON MY 4TH DAY FOR YOU GUYS FOR YOUR COMPANY Q.S.I ONE OF YOUR TEAM LEADER THAT DO NOT NO HIS NAME IM THING HE HISPANIC WITH A BLUE HAT HAS CAME OUT OF NO WHERE FROM BEHIND WHERE I WAS WORKING CLEANING THE BELT FOR MY AREA IM THINKING THAT ~~THAT~~ HE CAME FROM THE EXIT DOOR FROM BEHIND ME HE STATED THAT DO YOU LIKE MAN OR WOMAN I SAID WOMAN. I SAID WHY DO YOU ASK HE SAID I LIKE YOUNG BLACK MAN IN THE BUT MEANING ASS CHEEK. I SAID WELL IM NOT GAY

**Signature/Firma**

SORRY AND THAT WAS IT ON THAT DAY ON THE 12TH OF SEPTEMBER 2014. NOTE ADDED HE WALK AWAY AFTER 1ST THAT AFTER EVERYTHING WAS SAID AND DONE.

SO OVER THE WEEKEND I SAT THOUGHT ABOUT THE WHOLE SITUATION AND SAID WOW THIS IS A GREAT COMPANY TO WORK FOR. I HAD A FEAR OF COMING BACK TO WORK BUT I DID. I HAVE A FAMILY TO SUPPORT AND A SOON TOO BE 7 YEAR OLD LITTLE BOY TO SUPPORT. I STATE THAT I AM A GOOD MAN & A FAMILY MAN. I HAVE NO PROBLEM WITH NO ONE AT ALL. I STATE THAT I AM A FRIENDLY PERSON AND I DONT BOTHER NO ONE SO WITH THAT SAID.

I RETURN TO WORK ON THE 15TH OF SEPTEMBER BEFORE WORK I SAW ALEXS ~~EXPLAIN THE~~ OUR MAIN SUPERVISER ON SITE ABOUT THE SITUATION AND TOLD HIM WHAT HAS HAPPEN TOWARDS ME TALKING IN HIS OFFICES IN THE Q.S.I. TRAILER. HE TOLD ME HE WOULD TAKE CARE OF IT FOR ME HE SAID WE WILL HAVE A MEETING TODAY ON AND ABOUT ~~THE~~ SITUATION SO WE HAD A VERY BIG MEETING ON THE 15TH OF SEPTEMBER AND THAT WAS IT ON THAT DAY ON THE 15TH OF SEPTEMBER 2014. NOTE ADDED I HAVE NOT HAD ANY OTHER PROBLEMS CONCERNING ABOUT THAT SITUATION.

A NEW SITUATION HAS ACCUR WITH YOUR OTHER TEAM MEMBER THE WAY HE TALKS AND THE WAY HE APPORCHES ME IS IN A VERY DISRESPECT WAY I HAVE TALK TO ALEXS ABOUT IT BRIEFLY ABOUT IT ON THAT DAY CAUSE I SAW HIS TEAM LEADER TAKE MY KNIFE THAT CLEANS THE CRACKS ALONG THE BELT. THEY HAVE BEING ~~IN SIDE~~ ~~A CRACK WALL~~ PLACEING IN A CRACK WALL IM THINKING ~~[illegible]~~ A PLASIC WALL THAT IS TOWING DOWN NOW. SO WHEN I NEEDED THE KNIFE I CAME TO HIS TEAM LEADER THE ONE THAT I HAVE SAW TAKE MY KNIFE IN MY AREA HE HOLLED AT ME SAYING I DONT HAVE IT MAN WE WENT BACK AND ABOUT THE KNIFE SO I LEFT HIS AREA. AND I WENT TO 2N[illegible]

ALEXS AND STATED ABOUT HIS TEAM LEADER TAKEING MY KNIFE. SO ALEXS GAVE ME A SMALL SCREW DRIVER SO AFTER RETURNING TO WORK IN MY IN MY AREA ALEXS AND HIS TEAM LEADER CAME AROUND SEEING ~~IF~~ THEY CAN FIND THE KNIFE THE KNIFE WAS NOT FOUND THEY SAY MAY HAVE HIS PLACE IT I SAID NO. I LOOK ALL AROUND IT MY SELF. SO THEY HAVE LEFT MY AREA ~~AND~~ BEFORE MY SHIFT WAS UP HIS TEAM LEADER CAME TO MY AREA AND SAID HE FOUND MY KNIFE IT WAS IN THE EXIT CORNER DOOR WHERE I WORK ~~AT~~ I WAS WORKING AT. SO THAT WAS IT ON THAT DAY. ON THE 18TH OF SEPTEMBER 2014. NOTE THAT I HAVE NOT HAD NO MORE PROBLEMS ABOUT THE KNIFE AND I TOLD ALEXS I FOUND IT. ON THE 23RD OF SEPTEMBER ANOTHER SITUATION HAS ACCUR ABOUT THE SAME TEAM LEADER THAT HISPANIC THAT IM THINKING TOWARDS THE END OF MY SHIFT I WAS WORKING ON CLEANING MY AREA AND ONE OF THE MAINTENANCE GUYS STOP AND TALK TOO ME AND I DIDING WONT TO RUDE TOO HIM SO WE TALK SHORT AND THE SAME TEAM LEADER GAVE ME PROBLEMS STATING THAT I NEED TO GET TO WORK AND IT MEET STILL ON THE BELT. HE CAME FROM BEHIND ME ~~OUT~~ OUT OF NO WHERE IN A VERY DISRESPECTFUL WAY ~~AND~~ RUDE & I FELT ~~THREATING~~ THREATING SO I HEADED AT HIM BACK BY THAT TIME MAINTIANCE MAN LEFT. SO HIS TEAM LEADER WENT TO HIM

SRP

ABOUT THE SITUATION SO ALEXS CAME WITH HIM ABOUT THE SITUATION TO ME ABOUT WHAT HAS HAPPEN. SO I TOLD HIM HE CAME AT ME DISRESPECTFUL BY HARDING AT ME AND I ALSO FELT THREATING FOR MY LIFE. I DONT NO WHAT THIS MAN PROBLEM IS BUT IT NEEDS TO BE FIXS A.S.A.P. ~~[illegible]~~ AND THAT WAS IT ON THAT DAY ON THE ~~23RD~~ OF SEPTEMBER 2014 I NOTE NOTHING ELSE HAS HAPPEN.

SO HERE I AM TODAY MAKING THIS STATEMENT REPORT ABOUT THE WHOLE SITUATION. CAUSE CALLED ME TO HIS OFFICES ABOUT YESTERDAY ABOUT WHAT HAS HAPPEN WITH ME AND HIS TEAM LEADER ~~AND~~ ~~[illegible]~~ HAVE TALKED TO HIS TEAM LEADER YESTERDAY AND HE STATED THAT HE FOUND MEAT ON THE MOTOR TO THE LONG BELT HE SHOW ME A PICTURE A SMALL ~~PEACE~~ PEICE OF ~~CHOUK~~ CHICKEN WAS ON THE MOTOR TO THE LONG BELT. SO WHY I AM HERE WRITING THIS STATEMENT REPORT BECAUSE I FEEL SINGLE OUT MAYBE DUE TO RACE I REALLY DONT NO.!!!

THANK YOU FOR YOUR TIME

PLEASE HELP THIS SITUATION FOR THE BEST FOR EVERY BODY. I HAVE NO PROBLEM WITH ALEXS OR ANY OF HIS SUPERVISER OR TEAMLEADER OR CO WORKERS. I LOOK AS EVERYONE AS PEOPLE.

STATE OF TENNESSEE NOTARY PUBLIC

Nigel M. Reid [signature] SEPTEMBER/24/2014

NIGEL M. REID 5:25PM

4TH

Q.S.I. ATTENTION TOO HR REP= MY NAME NIGEL REID II

ON THE 26TH OF SEPTEMBER 2014. I WAS WORKING ON MY MACHINE AND MY AREA AS FAST AS I CAN. MY JOB WAS ALMOST COMPLETE TO MY ABILITY. I DIDN'G GET DONE FAST ANUFF EVERYONE WAS GETTING READY TO GET OFF. I TOLD MY TEAM LEAD I NEED MORE TIME I WAS I WAS NOT DONE WITH MY AREA SO HE ~~AS~~ AS MY TEAM LEADER AND OTHER COWORKER INSIST FOR ME TO LEAVE CAUSE IT TIME TO GO HOME SO I DID AND STATED TO MY TEAM LEADER I'M NOT DONE. SO HE STATED IT OK I WORK ON SUNDAY TO PRE OPP THE MACHINE I SAID OK. AND THAT WAS IT FOR THE REST OF THE DAY WE GOT OUT AROUND 7:30PM REMIND YOU WE HAD 45MIN TOO A HOUR LEFT TO WORK AND ON FRIDAYS THERE NO KOCH FOODS WORKERS WORKING ON THAT DAY PERIOD!!!

AND I WAS OFF ON THE WEEKENDS RETURNING BACK TOO WORK ON MONDAY.

Nigel M. Reid II
NIGEL M. REID II
10-01-2014

STATE OF TENNESSEE,
COUNTY OF Hamblen
Personally appeared before me, Sarah E. Stapleton a Notary Public of said County and State, Nigel M. Reid and with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that (he/she) executed the within instrument for the purposes therein contained.
Witness my hand, at Office, this 2 day of October, 2014.
My commission Expires: April 28, 2018
Sarah E. Stapleton

Q.S.I ATTENTON HR = MY NAME NIGEL REID II
HE WOULD NOT GIVE ME A CHANCE TOO TALK AT ALL HE TOLD ME TO GO HOME OR TOO THE WORK AREA OUT NEAR THE Q.S.I. TRAILER AND I DID. I WAITING ON ~~[illegible]~~ ALEJANDRO MENDEZ AND JESUS VARGAS AND HE ASK FOR MY BAGE AND MY WORK STUFF I GAVE HIM BAGE NOT WORK STUFF CAUSE I WANTED TOO TALK TOO HIS BOSS IT WAS 9:00 ~~AT~~ NIGHT TOO LATE TOO CALL HIM MEANING HIS BOSS. AND THAT WAS IT FOR THAT DAY ON THE 29TH OF SEPTEMBER 2014.

I RETURN TO WORK ON THE 30TH OF SEPTEMBER 2014 WITH MY WORK STUFF AND I WANT INTO THE Q.S.I. TRAILER AND HE TOLD ME I'M SUSPENDED AND THERE I SAW ANOTHER DISCIPLINARY ACTION FOR ME TOO SIGN SO I DID AND ASK FOR A COPY FOR MY RECORDS TOO KEEP. AND THAN HE ASK FOR MY WORK STUFF AND HE SAID ~~CORP~~ CORPORATE'S WILL CALL YOU THEY WILL GET IN TOUCH WITH YOU. AND THAT WAS IT FOR THAT DAY I LEFT ON THE 30TH OF SEPTEMBER 2014.

Nigel M. Reid II
NIGEL M. REID II
10-1-2014

STATE OF TENNESSEE
COUNTY OF Hamblen
Personally appeared before me, Sarah E Stapleton, a Notary Public of said County and State, Nigel M Reid 2nd, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that (he/she) executed the within instrument for the purposes therein contained.
Witness my hand, at Office, this 2 day of October, 2014.
My commission Expires: April 28, 2018
Sarah E Stapleton

SARAH E. STAPLETON STATE OF TENNESSEE NOTARY PUBLIC

Q.S.I. ATTENTION TO HR = MY NAME NIGEL REID II

ON THE 29TH OF SEPTEMBER 2014.
I RETURN TOO WORK ON MONDAY I CAME IN THROUGH THE GATE AROUND 2:20 PM OR SO I WENT THROUGH IN THE ~~GATE~~ BUILDING DOOR ENTERANCE TOO STRIGHT TO LUNCH AREA TOO GET READY FOR WORK FOR TODAY SO I GOT DONE AS I ALWAYS DO. I PLACE MY BACK PACK ON THE WALL HANGING HOOK NEXTS TOO THE DOOR WHERE NURSEYS STATION LOCATED AT. SO I WALK OUT OF THE LUNCH AREA OUT OF THE ENTERANCE DOOR TOO OUT SIDE TO THE TIME CLOCK FULLY DRESS LOOKING FOR MY TIME CARD I LOOK EVERY AND I COULD NOT FIND IT ALL I EVEN ASK THE FELLOW CO WORKER WHERE MY TIME CARD. THEY SAID MAYBE IN THE OFFICE TRAILER SO UP TO THE OFFICE TRAILER UP THE STEPS IN TOO THE Q.S.I TRAILER. WHERE I SAW ALEJANDRO MENDEZ AND JESUS VARGAS AND I SAW MY TIME CARD ON A HARD BACK CLIP BOARD UNDER A DISCIPLINARY ACTION PAPER. I MICTHING TO ALEJANDRO MENDEZ WHAT GOING ON I COULDING FIND MY TIME CARD. HE SAID WE FOUND MEAT ON MY MACHINE AND AREA OVER THE WEEKEN I STATED TO HIM I TOLD MY TEAM LEADER AND CO WORKERS I WAS NOT DONE.

1 PAGE

Q.S.I ATTENTION HR = MY NAME NIGEL REID II

HE SAID WELL I HAVE PICTURES TO SHOW ME I SAID I'M GOOD YOU DONT HAVE TO SHOW ME. MY QUESTION IS THE PLACES WHERE I DID SEE WHERE MEAT WAS WHERE NOT WHERE I TRUELY REMEMBER WHERE MEAT WAS. HOW DO I NO HE HIDING PLACE IT THERE AND IT POST TO MY MACHINERY IT COULD OF BEEN SOMEONE ELES MACHINENER PLACE ON ME DUE TO A PAST ACTION REPORT STATEMENT ON HIS CO WORKERS AND TEAM LEADER SEXUAL HARRISING ME.

ON 11TH OF SEPTEMBER 2014 THROUGH 12TH OF SEPTEMBER 2014. HE SAID I CAN SIGN IT OR DONT IT DONT MATTER OR YOU CAN CALL MY BOSS IF YOU WOULD LIKE SO I SIGN IT AND HE GAVE ME MY TIME CARD AND I WENT TOO THE TIME CARD PUNCH AND CLOCK IN AND WENT TO WORK WITH ALL THE STUFF I NEED TO BE ABLE TOO DUE MY JOB THAT ASSIGN TO ME. AFTER 2½ HOURS OF WORKING IT BOTHER ME HOW I WAS DONE AND TARGET ONECE AGAIN AFTER MY REPORT STATEMENT ON 23RD OF SEPTEMBER 2014 AT 3:40PM. SO AS MY TEAM LEADER AND JESUS VARGAS KIND I GO TALK TOO ALEJANDRO MENDEZ THEY SAID YES SO I DID SO I WALK OUT OF THE PLANT TO THE Q.S.I. TRAILER.

2ND PAGE

Q.S.I ATTENTION HR = MY NAME NIGEL REID II AND I WENT UP THE STEPS INTO THE TRAILER SO WHERE I SAW ALEJANDRO MENDEZ. AND I TOLD HIM I DIDING LIKE HOW THIS EVERY THING WENT DOWN TODAY. I SAID I WOULD LIKE TOO TALK TO YOUR BOSS SO HE CALLED HIM AND WENT OUT SIDE THE Q.S.I. TRAILER AND TALK TO HIS BOSS AND AFTER THAT HE CAME BACK INTO THE Q.S.I TRAILER WITH HIS BOSS ON THE PHONE SAID MY BOSS WOULD LIKE TOO TALK TO YOU SO I DID AND EXPLAIN EVERY THING TOO HIM AND HOW EVERYTHING TOOK PLACE TODAY. LIKE ANY OTHER JOB HE TOOK ALEJANDRO MENDEZ IS SIDE. TO GET TOO THE SHORT STORY LATER ON DURING MY SHIFT FROM GETTING DONE WITH MY WORK AREA I HAD PEOPLE CO WORKER & TEAM LEADERS & ~~Q.S.I~~ Q.A. CHECK OUT MY WORK AREA TOO MAKE SURE IT OK AND THEY DID. AND I HAD ONE OF MY TEAM LEADERS COME BACK TOO MY WORKAREA AND OUT OF NO WHERE HERE ALEJANDRO MENDEZ COMING TO CHECK MY WORK PRETTY MUCH WITH ATTITUDE AND RUDE AND TOLD MY TEAM LEADER TO GO ON HECHOT TIME ABOUT DIRT AND SOAP SUDES OF MEAT THAT COULD BE SPRAY OFF BY HIM PLACING HIS HAND ALONE THE MACHINERY LOOKING FOR ANY AND EVERY REASON TO FIRE ME OR WRITE ME UP

3API

HAMBLEN COUNTY CIRCUIT COURT
510 ALLISON ST
MORRISTOWN, TN 37814

NIGEL MARLIN REID II
PLAINTIFF

TERESA WEST
CIRCUIT COURT CLERK
HAMBLEN COUNTY

OCT 14 2014

BY YW

VS.

QUALITY SERVICE INTEGRITY,
ALEJANDRO MENDEZ,
JOSE INDUATE, JESUS VARGAS, KOCH FOODS

MOTION FOR A JURY TRAIL PER RULE 90.191.01

1. COMES HERE NOW I NIGEL MARLIN REID II DO FILE THIS MOTION FOR A JURY TRAIL SO THAT I CAN HAVE A REAL CHANCE TO PROVE TOO THE JURY THAT EACH OF THESE DEFENDANTS DID DISCRAMATED AGAINST ME.

2. I PRAY THAT YOUR HONNER WOULD GRANT ME THIS MOTION FOR A JURY TRAIL.

STATE OF TENNESSEE } ss.
COUNTY OF Hamblen

Personally appeared before me, Sarah E. Stapleton, a Notary Public of said County and State, Nigel M Reid 2nd with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that (he/she) executed the within instrument for the purposes therein contained.
Witness my hand, at Office, this 14 day of October 2014

My commission Expires: April 28, 2018

Sarah E. Stapleton
Notary Public

SARAH E STAPLETON STATE OF TENNESSEE NOTARY PUBLIC HAMBLEN COUNTY

YOUR TRUELY
Nigel M. Reid II
NIGEL M. REID II
10-14-2014

CERTIFICATE OF SERVICE

I HERE BY CERTIFY THAT A TRUE COPY OF THIS MOTION WAS SENT TO THE DEFENDANTS PRE PAY POSTAGE THROUGH THE U.S. MAIL

HAMBLEN COUNTY CIRCUIT COURT
510 ALLISON ST
MORRISTOWN, TN 37814

NIGEL MARLIN REID II
PLANTIFF

TERESA WEST
CIRCUIT COURT CLERK
HAMBLEN COUNTY

OCT 16 2014

BY ________

V.S.

QUALITY SERVICE INTEGRITY,
ALEJANDRO MENDEZ,
JOSE INDOCUATE, JESUS VARGAS, KOCH FOODS, U.S.D.A

MOTION FOR (DISCOVERY OF ASSETS/DISCOVERY) MOTION

1. COMES HERE NOW I NIGEL MARLIN REID II DO FILES THIS MOTION FOR A DISCOVERY OF ASSETS AND A DISCOVERY MOTION. DO TO THE EVIDENCE I HAVE SENT TO YOU HERE IN HAMBLEN COUNTY CIRCUIT AND IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT GRENNEVILLE TENNESSEE.

2. I PRAY THAT YOUR HONNER WOULD GRANT ME THIS MOTION FOR A DISCOVERY OF ASSETS AND A DISCOVERY OF MOTION.

STATE OF TENNESSEE }
COUNTY OF Hamblen } ss.

Personally appeared before me, Sarah E Stapleton a Notary Public of said County and State, Nigel M Reid 2nd with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that (he/she) executed the within instrument for the purposes therein contained.
Witness my hand, at Office, this 16 day of October, 2014

My commission Expires: April 28, 2018

Sarah E Stapleton
Notary Public

SARAH E STAPLETON STATE OF TENNESSEE NOTARY PUBLIC HAMBLEN COUNTY

YOUR TRUELY
[signature]
NIGEL M. REID II
10-16-2014

CERTIFICATE OF SERVICE

I HERE BY CERTIFY THAT A TRUE COPY OF THIS MOTION WAS SENT TO THE DEFENDANTS PRE PAY POSTAGE THROUGH THE U.S. MAIL