UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

NIGEL MARLIN REID, II, )
    Plaintiff, )
)
v. )
) No: 2:14-CV-324
QUALITY SERVICE INTEGRITY, )
ET AL., )
    Defendants, )
)

## JUDGMENT

For the reasons stated in the Order filed herewith and with the Court's previous orders, it is ORDERED and ADJUDGED that the plaintiff's action be DISMISSED WITH PREJUDICE as to all defendants.

DATED: January 20, 2016

                                                s/*Debra C. Poplin*
                                              CLERK OF COURT