# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 11, 2016

Ms. Debra Poplin
Eastern District of Tennessee
220 W. Depot Street
Greeneville, TN 37743-0000

Re:  Case No. 16-5107, *Nigel Reid, II v. Quality Service Integrity, et al*
     Originating Case No. : 2:14-cv-00324

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Karen S. Fultz
                              Case Manager
                              Direct Dial No. 513-564-7036

cc:  Mr. Russell Wade Gray
     Ms. Loretta S. Harber
     Mr. James Scott McDearman
     Mr. Nigel Marlin Reid, II

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 16-5107

---

Filed: October 11, 2016

NIGEL MARLIN REID, II

    Plaintiff - Appellant

v.

QUALITY SERVICE INTEGRITY; USDA; TOM VILSACK, Secretary of the Department of Agriculture, Substituted for U.S.D.A.; KOCH FOODS; ALEJANDRO MENDEZ; JESUS VARGAS; JOSE INDUATE

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 08/19/2016 the mandate for this case hereby issues today.

COSTS:  None